USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

MICHAEL FOGEL, individually and on behalf
Of all others similarly situated,

Plaintiff,

13 **CIVIL** 2282 (KPF)

-v-

**JUDGMENT**

WAL-MART DE MEXICO SAB de CV
ERNESTO VEGA, SCOTT RANK, and
WAL-MART STORES, INC.,

Defendants.

---------------------------------------------------------X

Defendants having moved to dismiss Plaintiff's Second Amended Complaint (the "SAC") pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) for failure to state a claim, and Plaintiff having filed a cross-motion to strike the three appendices to Defendant's motion, and the matter having come before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on February 27, 2017, having rendered its Opinion and Order granting with prejudice Defendants' motion to dismiss the SAC for failure to state a claim; denying Plaintiff's motion to strike Defendants' appendices, though it is mooted given this result; and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 27, 2017, Defendants' motion to dismiss the SAC for failure to state a claim is granted with prejudice. Plaintiff's motion to strike Defendants' appendices, though it is mooted given this result, is denied; accordingly, the case is closed.

**Dated:** New York, New York
February 27, 2017

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**